AO 467 (Rev. 01/09; CAND version 03/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| United States of America<br><br>v.<br><br>DARIUS LAMAR WEBSTER,<br><br>Defendants. | Case No. 21-mj-71758-MAG-1 (KAW)<br><br>Charging District: Central District of California<br><br>Charging District's Case No.: 2:21-cr-00503-JFW |
|---|---|

### ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: Roybal Federal Building<br>255 East Temple Street<br>Los Angeles, CA 90012 | Courtroom No.: Room 880<br>Date and Time: December 1, 2021 at 1:00 p.m. |
|---|---|

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: 11/17/2021

*Kandis Westmore*
Kandis A. Westmore
United States District Judge

Transfer_No-Custody_CR_AO_467_CSA
rev. 3-19